DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anita Brown,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00214-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 65-day extension of time, from December 17, 2021 to February 22, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. Defendant will file Opposition brief on March 24, 2022, and Plaintiff's Reply will be filed April 8, 2022.

　　　This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater

than usual number of merit briefs due in December 2021. For the week of December 13, 2021, Counsel has seven merit briefs, several reply and EAJA Motions. Despite having preplanned holiday vacation days out of the State, Counsel still has, for the remainder of December 2021, five other merit briefs scheduled to be due within that period.

Due to Counsel's attempt to spread out the significant increase of briefs due for prior months, in the month of January 2022, Plaintiff's Counsel has 17 merit briefs.

In addition, Counsel is responsible for reviewing AC denials for possible filing in US District Court. Counsel has received an unusual and ever-increasing number of AC denials which require a review for possible filing in US District Court.

Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the month of December 2021 and January 2022.

Compounding the issue of an increased number of merit briefs due, Counsel has preplanned vacation days for the Christmas holidays including vacation days to be spent out of State with family. Counsel respectfully requests the Court granted the requested extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 7, 2021                PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

|   |   |   |
|---|---|---|
| 1 | Dated: December 7, 2021 | PHILLIP A. TALBERT |
| 2 | | Acting United States Attorney |
| | | DEBORAH LEE STACHEL |
| 3 | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| 4 | | |
| 5 | | By:  */s/ Oscar Gonzalez de Llano* |
| | | Oscar Gonzalez de Llano |
| 6 | | Special Assistant United States Attorney |
| 7 | | Attorneys for Defendant |
| | | (*As authorized by email on December 7, 2021) |

3

**ORDER**

Pursuant to the parties' stipulation (ECF No. 15), IT IS HEREBY ORDERED that Plaintiff shall file an opening brief no later than February 22, 2022. The Commissioner's responsive brief shall be filed by March 24, 2022, and Plaintiff's reply shall be filed by April 8, 2022.

IT IS SO ORDERED.

Dated:   **December 8, 2021**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE