DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anita   Brown,<br><br>            Plaintiff,<br><br>     vs.<br><br>Kilolo Kijakazi, Acting<br>Commissioner of Social Security,<br><br>            Defendant. | Case No. 1:21-cv-00214-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 20, 2022 to July 20, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time. Counsel has recently returned to San Francisco, California and requires the additional time to ensure the timely submission of briefing assignments currently on calendar. Counsel is catching up on past due assignments as she has been out of the state for several months due to her father's current health issues.

Respectfully submitted,

Dated: June 21, 2022          PENA & BROMBERG, ATTORNEYS AT LAW


                              By: */s/ Dolly M. Trompeter*
                                  DOLLY M. TROMPETER
                                  Attorneys for Plaintiff


Dated: June 21, 2022          PHILLIP A. TALBERT
                              United States Attorney
                              PETER K. THOMPSON
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration


                              By:   */s/ Oscar Gonzalez de Llano*
                                  Oscar Gonzalez de Llano
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on June 21, 2022)

2

**ORDER**

Pursuant to the parties' stipulation (ECF No. 21), IT IS HEREBY ORDERED that Plaintiff shall file a reply brief by July 20, 2022.

Counsel is reminded of the obligation to seek to obtain any necessary extensions from the Court as soon as the need for the extension becomes apparent. E.D. Cal. L.R. 144(d). Requests for extensions brought on or after the required filing deadline are looked upon with disfavor. *Id.* Future untimely requests will be denied absent good cause for the delay.

IT IS SO ORDERED.

Dated: **June 22, 2022**         /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE