1  Jonathan O. Peña, Esq.
2  CA Bar ID No.: 278044
   Peña & Bromberg, PLC
3  2440 Tulare St., Ste. 320
   Fresno, CA 93721
4  Telephone: 559-439-9700
5  Facsimile: 559-439-9723
   Email: info@jonathanpena.com
6  Attorney for Plaintiff, Anita Brown

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10 | ANITA BROWN,                          | Case No.  1:21-cv-00214-EPG
11 |                                       |
12 |         Plaintiff,                    | ORDER RE: STIPULATION FOR THE AWARD
   |                                       | AND PAYMENT OF ATTORNEY FEES AND
13 |     v.                                | EXPENSES PURSUANT TO THE EQUAL
   |                                       | ACCESS TO JUSTICE ACT
14 | KILOLO KIJAKAZI, Acting               |
   | Commissioner of Social Security,      | (ECF No. 29).
15 |                                       |
16 |         Defendant.                    |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
17
    subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount
18
    of NINE THOUSAND DOLLARS AND 00/100 ($9,000.00) under the Equal Access to Justice Act
19
    (EAJA), 28 U.S.C. § 2412(d), and cost in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920.
20
    This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel
21
    in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).
22
        After the Court issues an order for EAJA fees to Plaintiff, the government will consider the
23
    matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586,
24
    598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on
25
    whether the fees are subject to any offset allowed under the United States Department of the
26
    Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine
27
    whether they are subject to any offset.
28

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered and made payable to Plaintiff's counsel, Jonathan O. Peña.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: November 17, 2022                    /s/ *Jonathan O. Peña*
                                            JONATHAN O. PEÑA
                                            Attorney for Plaintiff

Dated: November 17, 2022        PHILLIP A. TALBERT
                                United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation
                                Social Security Administration

                                By:  *  *Oscar Gonzalez de Llano*
                                     Oscar Gonzalez de Llano
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant
                                     (*Permission to use electronic signature
                                     obtained via email on November 17, 2022).

**ORDER**

Based upon the parties' stipulation (ECF No. 29), IT IS ORDERED that fees and expenses in the amount of $9000.00 as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: __November 18, 2022__         /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE